**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| FRED E. STEPHENS, JR., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>    Defendant. )<br>)<br>_____ ) | NO. CV-12-160-TOR<br><br>**JUDGMENT IN A**<br>**CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REVERSED** and **REMANDED** to the Commissioner for calculation of benefits consistent with this Order pursuant to the fourth sentence of 42 U.S.C. § 405(g). Plaintiff may file an application for attorney's fees and costs by separate motion.

Defendant's Motion for Summary Judgment is DENIED. Judgment is entered for Plaintiff.

DATED this 145th day of December, 2012.

                                                JAMES R. LARSEN
                                                District Court Executive/Clerk


                                        By:  s/Linda Emerson_____
                                              Deputy Clerk

cc: all counsel